# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

LINDA ELAINE CALISTI,

            Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

            Defendant.
_____/

Case No.  1:14-cv-02000---SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

### ORDER

     Plaintiff Linda Elaine Calisti filed a complaint on December 16, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

     Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

    2.    The Clerk of Court is DIRECTED to issue a summons; and

    3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

    Dated:   **December 17, 2014**       **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28